# **Exhibit L**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA ASSOCIATION OF LATINO ELECTED OFFICIALS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GWINNETT COUNTY BOARD OF REGISTRATION AND ELECTIONS et al.,<br><br>Defendants. | Civil Action<br>Case No. 1:20-cv-1587-WMR |

## DECLARACIÓN DE LIMARY RUIZ TORRES

De conformidad con 28 U.S.C. § 1746, I, Limary Ruiz Torres, declaro lo siguiente:

1. Tengo conocimiento personal de los asuntos establecidos en este documento y testificaría de lo mismo si se me llama como testigo en el tribunal.

2. Tengo 51 años de edad. Actualmente vivo en Lawrenceville, Georgia, en el condado de Gwinnett.

3. Soy ciudadana de los Estados Unidos. Nacida y criada en Ponce, Puerto

1

Rico. Estudie toda mi vida hasta la universidad en español. Mi familia y yo nos mudamos a Georgia en el 2015.

4. Actualmente trabajo des de mi cases a tiempo parcial como contable para AMN Business Forms.

5. Soy fluida y alfabetizada en español. Principalmenta mi familia y yo hablamos español en nuestro hogar. Una de mis hijas reside con migo y es bilingue.

6. Soy limitada en mi habilidad para hablar y leer bien en Ingles. Cuando recibo un documento que no entiendo, tengo que pedirle ayuda a mi hija o otros familiares para traducir el documento.

7. Mi hermana, Nadine Viruet, me ayudó a traducir este documento.

8. Me inscribi para votar en el condado de Gwinnett en 2016. Mi tarjeta de precinto se adjunta a este documento como Anexo 1.

9. Emiti un voto en las elecciones de Noviembre de 2018.

10. Tengo la intencion de votar en las elecciones primarias de junio de 2020.

11. Recibi una solicitud de boleta en ausencia por correo el miercoles 1 de Abril de 2020. Inicialmente pense que ero carte categorizada como "junk mail." Mi solicitud de boleta en ausencia se adjunta como Anexo 2.

12. La solicitud de boleta en ausencia solo esta en ingles. No hay una version en español de la solicitud de boleta en ausencia.

13. No puedo leer la solicitud de boleta en ausencia que recibi esta semana.

14. No se si es posible obtener una version bilingüe de la solicitud de boleta en ausencia. Incluso si es posible, nose a donde iria para tratar de encontrar una solicitud de boleta de votacion en ausencia bilingue.

15. No soy muy competente con respecto a navegar por internet en inglès. Mis hijas realizan todas las transacciones importantes en linea.

16. Cuando recibo el correo, tengo que esperar hasta que mi hija este disponible para obtener su ayuda con documentos que solo estan en ingles.

17. No he completado la solicitud de boleta en ausencia.

18. He hablado con mi hija, sobre la solicitud de boleta en ausencia. Le dije que necesitaba que me lo tradujera.

19. Planeo completar mi solicitud de boleta en ausencia haciendo que mi hija traduzca el documento por mi.

20. La traducción de documentos extensos como la solicitud de boleta en ausencia o esta declaración consume mucho tiempo

21. Recienmente recibi una carta del U.S. Census. Este documento llego con traducion en español y la pude completar sola y rapidamente.

Declaro bajo pena de perjurio según las leyes de los Estados Unidos que lo anterior es verdadero y correcto a mi leal saber y entender.

Ejecutado este __15__ día de abril de 2020, en Lawrenceville, Georgia.

_____
Limary Ruiz Torres

# Anexo 1

VOTER REGISTRATION OFFICE
455 GRAYSON HWY 200
LAWRENCEVILLE GA 30046
PHONE: 678-226-7210

**RETURN SERVICE REQUESTED**

| REG. DATE | 07/12/2016 |
|---|---|
| ISSUE DATE | 04/14/2020 |
| **REG. No.** | **10810843** |

**GWINNETT COUNTY PRECINCT CARD**
SIGN CARD AND KEEP FOR YOUR RECORDS

PRECINCT NAME:      HOG MOUNTAIN A
POLLING PLACE:       ROCK SPRINGS UMC
                                  1100 ROCK SPRINGS RD
                                  LAWRENCEVILLE GA 30043 - 0000

CITY PRECINCT NAME:

POLLING PLACE:

**VOTING DISTRICTS:**

| 007 | 045 | 102 | GWIN | 1 | 2 |
|---|---|---|---|---|---|
| CONG | SENAT | HOUSE | JUDIC | COMMI | SCHOL |

**LIMARY RUIZ TORRES
2795 SPRINGTIME CT
LAWRENCEVILLE GA 30043**

---

**ATTENTION: This is your NEW Voter Registration Precinct Card. It replaces any other Voter Card you currently have in your possession. Keep for your records.**
(Cut or fold on the dotted line for wallet card)

| If you change your address within the county, complete this form and mail to the return address on the front of this card. | YOUR NEW **RESIDENCE** ADDRESS **WITHIN** COUNTY (PLEASE PRINT) |
|---|---|
| **Note: Change of address must be submitted at least 30 days preceding any election.** | Number    Street    Apartment |
| | City    Zip Code |
| If you move to another county or if there is a change in your legal name, you must complete a new voter registration application in order to remain qualified to vote. | Mailing Address (If Different) |
| | City    Zip Code |
| **This card may not be used as evidence to prove United States Citizenship or as identification to vote.** (ref.1996 United States Public Law 104-99) | Daytime    Date |
| | **VOTER'S SIGNATURE** |



From the Secretary of State website, www.sos.ga.gov, a registered voter with a valid Georgia driver's license or identification card issued by the GA Department of Driver Services may change his or her name or address using Online Voter Registration. You may also access Online Voter Registration by downloading the GA Votes app.
Visit our website at **www.mvp.sos.ga.gov/MVP**, download the GA Votes app or contact your local registrar's office.



For Android                                                                                                                                        For Apple

# Anexo 2

Due to the Public Health Emergency brought on by COVID -19, opportunities to vote in person in the upcoming primary election may be limited. To promote the safety and voting access of all Georgians, the Secretary of State is taking the unprecedented step of sending this Absentee Ballot Application to all voters for the May 19, 2020 primary.

## INSTRUCTIONS FOR MAILING OFFICIAL ABSENTEE BALLOT APPLICATION

1. Fill out and return this form in order to receive a ballot by mail for the May 19, 2020 Primary Election. You may vote the ballot you receive in lieu of going to the polls to vote.
2. Verify that the pre-filled information is correct.
3. Complete the highlighted portions of the application. **Remember to sign your application.**
4. Remove and detach this instruction panel by cutting along the dotted line.
5. Fold panels so that the address to your county elections office is visible on the outside.
6. To secure the mailer and to protect your information, tab or tape shut using clear tape within 1 inch of the bottom edge. **This is required for the post office to accept it.**
7. In lieu of mailing, you can scan or take a picture of your completed and signed application and email it to:

voterregistration@gwinnettcounty.com


TAPE OR TAB SHUT WITHIN 1" OF LEAD/TRAIL EDGE

✂ Cut along line before returning form.

---


**Brad Raffensperger**
SECRETARY OF STATE

# APPLICATION FOR OFFICIAL ABSENTEE BALLOT

003-0771469

**PLEASE PRINT** (Failure to fill out the form completely could delay your application)

Date of Primary, Election, or Runoff: 5 /19/ 2020

Voter Registration #: 10810843

| | | |
|---|---|---|
| **Voter name** | 1 | First: Limary     Middle:<br>Last: Ruiz Torres     Suffix: |
| **Permanent address on file with county election office**<br>This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | 2 | Street: 2795 Springtime Ct<br>City: Lawrenceville     Zip: 30043-2140<br>County: Gwinnett |
| **Temporary address where you want ballot sent**<br>If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address must be in a different county than the county listed in Section 2 unless you are physically disabled, detained, or are updating your permanent address. | 3 | Street:_____<br>City:_____ Zip:_____<br>County:_____<br>☐ Check here if your permanent address has changed and you want to update the address in Section 2 with the address you've provided in Section 3. |
| **Date of birth** | 4 | Date of birth: (MM/DD/YYYY) _____ |
| **Type of ballot**<br>**Required; check one** | 5 | ☐ Democratic    ☐ Republican    ☐ Non Partisan (will not have ANY party candidates listed) |
| **Contact information** | 6 | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: _____ Email: _____ |
| **Signature or mark of voter**<br>**Required if** voter fills out this application | 7 | Signature or mark of voter: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person providing assistance**<br>**Required only if** voter is disabled or illiterate and received assistance completing this application | 8 | Signature of assistant: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person requesting ballot if not voter**<br>**Required only if** Section 7 is left blank | 9 | Signature of requestor: _____<br>Relationship to voter: _____<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is<br>(check one) ☐ physically disabled or ☐ temporarily residing out of the county |
| | | ☐ E - Elderly - I am 65 years of age or older     ☐ D - Disabled - I have a physical disability |



**Brad Raffensperger**
SECRETARY OF STATE

# APPLICATION FOR OFFICIAL ABSENTEE BALLOT



003-0771469

**PLEASE PRINT** (Failure to fill out the form completely could delay your application)

Date of Primary, Election, or Runoff: 5 /19/ 2020

Voter Registration #: 10810843

| | | | |
|---|---|---|---|
| **Voter name** | 1 | First: Limary<br>Last: Ruiz Torres | Middle:<br>Suffix: |
| **Permanent address on file with county election office**<br>This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | 2 | Street: 2795 Springtime Ct<br>City: Lawrenceville<br>County: Gwinnett | Zip: 30043-2140 |
| **Temporary address where you want ballot sent**<br>If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address must be in a different county than the county listed in Section 2 unless you are physically disabled, detained, or are updating your permanent address. | 3 | Street: _____<br>City: _____  Zip: _____<br>County: _____<br>☐ Check here if your permanent address has changed and you want to update the address in Section 2 with the address you've provided in Section 3. | |
| **Date of birth** | 4 | Date of birth: (MM/DD/YYYY) _____ | |
| **Type of ballot**<br>**Required; check one** | 5 | ☐ Democratic   ☐ Republican   ☐ Non Partisan (will not have ANY party candidates listed) | |
| **Contact information** | 6 | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: _____  Email: _____ | |
| **Signature or mark of voter**<br>**Required if** voter fills out this application | 7 | Signature or mark of voter: _____<br>Today's date: (MM/DD/YYYY) _____ | |
| **Signature of person providing assistance**<br>**Required only if** voter is disabled or illiterate and received assistance completing this application | 8 | Signature of assistant: _____<br>Today's date: (MM/DD/YYYY) _____ | |
| **Signature of person requesting ballot if not voter**<br>**Required only if** Section 7 is left blank | 9 | Signature of requestor: _____<br>Relationship to voter: _____<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is<br>(check one) ☐ physically disabled or ☐ temporarily residing out of the county | |
| **Eligibility to receive vote by mail ballots for the rest of the election cycle without another application?** | 10 | ☐ E - Elderly - I am 65 years of age or older    ☐ D - Disabled - I have a physical disability<br>☐ U – UOCAVA Voter - I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. My current status is **(please mark one):**<br>☐ MOS – Military Overseas    ☐ OST – Overseas Temporary Resident<br>☐ MST – Military Stateside    ☐ OSP – Overseas Permanent Resident (federal offices only)<br>Email: **(required for UOCAVA voters requesting electronic transmission)**<br>_____ | |

**FOR OFFICE USE ONLY**
Dist. Combo: _____  Precinct: _____  Ballot #: _____
Received Date: _____  ISS Date: _____  Certified Date: _____  Rejection Date: _____
ID SHOWN: GADL _____  Other: _____
I certify that the above named voter ☐ is eligible   ☐ is not eligible to receive a vote by mail ballot
Reason for Rejection: _____  Registrar Signature: _____
Ballot to be: ☐ Mailed Electronically   ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy   ☐ Voted in office (municipal only)

FORM #ABS-APP-18