# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| GEORGIA ASSOCIATION OF LATINO ELECTED OFFICIALS, INC., *et al.* | |
| *Plaintiffs*, | CIVIL ACTION |
| v. | CASE NO. 1:20-cv-1587-WMR |
| GWINNETT COUNTY BOARD OF REGISTRATIONS AND ELECTIONS, *et al.*, | |
| *Defendants*. | |

Pursuant to 28 U.S.C. § 1746, I, Lynn Ledford, make the following declaration:

1.

My name is Lynn Ledford. I am over the age of 21 years, and I am under no legal disability that would prevent me from giving this declaration. I am giving this declaration based on my personal knowledge.

2.

I am a Division Director for Gwinnett County, Georgia. In my role, I oversee the Division of Voter Registrations and Elections/Inscripción de Electores & Elecciones where I previously served as the Elections Supervisor

1

from 2002-2019. As the Elections Supervisor for 17 years, I have extensive knowledge of the workings of the Department and maintain involvement in its operations. As the supervisor during the period of transition to bilingual voting materials, I have detailed personal knowledge of the steps taken by the office.

3.

The Voter Registrations and Elections Division has a professional staff, which ranges in size between 20-24 fulltime employees and a number of temporary employees, as needed. It oversees the equipment needs for Gwinnett County's 156 voting precincts; recruiting and hiring 156 poll manager, 312 assistant poll managers and 600-2500 poll workers for every election; arranging for the State's new Ballot-Marking Devices (BMDs) to the 156 precincts to include training all poll officials, securing transportation of equipment to and from the polling locations; updating and printing public facing forms and signs with new legal language, supervising all aspects of Advance in Person voting at eight locations, and absentee ballots; and supervising all aspects of the General Primary/Nonpartisan General Election and general elections (and runoffs, if any).

4.

As of April 1, 2020, Gwinnett County had a total of 565,386 active registered voters.

5.

As of April 1, 2020, Gwinnett County had 50,970 active registered voters who self-identified as Hispanic/Latino.

6.

Of Gwinnett County's 156 precincts, 112 precincts have at least five percent (5%) Hispanic/Latino voters. The total number of active-status voters in those 112 precincts as of April 1, 2020 is 411,852, or 72.8% of the total number of active registered voters.

7.

On December 5, 2016, Gwinnett County became covered under Section 203 of the Voting Rights Act.

8.

As the then-Supervisor of Elections, I coordinated, with a county project team, our transition from English-only voter registration and voting materials to bilingual voter registration voting materials. All of the staff of the Elections Division take Gwinnett County's obligations under Section 203 of the Voting Rights Act very seriously.

3

9.

The bilingual requirements of Section 203 impose significant costs of time and funding on the election process in Gwinnett County. As part of the County's efforts to comply with Section 203, additional staff was added to the Elections Office staff specifically for Education and Outreach. All public-facing items are translated and verified before being provided to voters.

10.

Gwinnett County works to ensure that all voters are able to understand the election process and exercise their right to vote, regardless of their language status.

11.

Once the County's coverage under Section 203 was announced in December 2016, we began communicating with local Latino leaders almost immediately, including the Georgia Association of Latino Elected Officials, about the transition. They made some minor suggestions that we accepted. Additionally, we worked with the staff of Georgia Representative Pedro Marin.

12.

For the initial translation of all voting materials, we worked with the county project team to identify all documents that were public facing, any

internal processes that would be affected, our HR processes for the recruitment and hiring of bilingual poll officials. We developed an Education and Outreach team, hired a Spanish-speaking Resources and Marketing Coordinator, purchased a program for machine translation of website materials that could be changed when needed by staff, developed a glossary of terms and language to ensure consistency with all documents, and had all public-facing documents, signs, flyers, and other materials translated and printed. This included state signs, forms, absentee-by-mail envelope sets, and flyers. We also created a generic language standard operating procedure so that we would have a clear process moving forward that would apply for the Spanish-language designation, but also for any others added whether by law or voluntarily. During the transition period, we were in constant contact with Department of Justice representatives, including in-person site visits and conference calls to ensure we were following correct protocols for the project.

13.

To create the Spanish-language absentee ballot application currently in use, Gwinnett County used a contracted professional translation company and then that translation was verified by a Spanish-speaking staff member. Prior to this lawsuit, no Spanish-speaking individuals had raised any concerns or questions about the translation of the application.

5

14.

We have continued to work with local groups, including GALEO and local Spanish media outlets, to provide information on voter registration and election items, especially for recruiting bilingual poll officials.

15.

Gwinnett County seeks to go above and beyond the requirements of the law to ensure access to Limited English Proficiency (LEP) voters.

16.

Even though not required by law, the goal of Gwinnett County is to recruit, with the assistance of our Latino community partners, at least one Spanish-speaking poll worker for every precinct. Because that is not always possible, we hire temporary bilingual staff members to complement the existing staff members who are bilingual so we can provide language assistance as needed, both in person and by phone.

17.

The Gwinnett County Board of Voter Registrations and Elections and Elections Division regularly reviews the content of the county website, when time permits, to ensure the integrity of the information in both English and Spanish.

18.

The Gwinnett County website includes functionality to allow citizens to review information in a variety of languages unrelated to the Section 203 obligations of the County.

19.

When a voter visits the main page, www.gwinnettcounty.com, one of the "top stories" is "Presidential, State, & Local Primaries Postponed." A copy of the main page is attached as Exhibit 1 to this declaration. Clicking on that story, which has a graphic of "I Voted/Yo Vote" stickers, brings up a story about the change in election dates and includes links directly to absentee-ballot application in English and Spanish. A copy of the story with the links is attached as Exhibit 2 to this declaration.

20.

Users who go to the Elections site, https://www.gwinnettcounty.com/web/gwinnett/departments/elections, see the top graphic as "Elections forms / Formularios de Elecciones" A copy of the main Elections webpage is attached as Exhibit 3 to this declaration. Clicking on that link brings voters to a website with information in English and Spanish, including "Application for Official Absentee or Advance by Mail Ballot / Solicitud para boleta oficial de voto ausente o voto adelantado por

7

correo" that has links directly to the absentee-ballot application in English and Spanish. No use of the translation process or "English" button is necessary to view these Spanish-language materials. A copy of this page is attached as Exhibit 4 to this declaration.

21.

The Spanish-language application is available on other parts of the Elections website as well. For example, clicking on the Absentee Voting by Mail page brings up a page with links to the application in both English and Spanish. A copy of this page is attached as Exhibit 5 to this declaration.

22.

The portions of the Elections website that include voting materials are bilingual without the machine translation provided by the Gwinnett County website, as shown by Exhibit 4. The option for translating the pages on the website is provided for the convenience of citizens but, as shown by the attached exhibits, a Spanish-speaking voter does not have to utilize the machine translations to access a Spanish-language absentee-ballot application.

23.

When the Secretary of State's office announced it would send out confirmation notices to voters facing cancellation in 2019, it prepared the

notices and sent them to each of the county registrars to be physically mailed by the county registrars to the affected voters. The State does not pay for postage or mail notices for any of its list-maintenance activities.

24.

Because Gwinnett County would be mailing the confirmation notices to voters in 2019, while the State drafted the original language and reviewed the bilingual document, the State did not pay for that expense or otherwise furnish those 2019 confirmation notices. Gwinnett County provided the confirmation notices to voters in English and Spanish by having them printed and then mailing them.

25.

Gwinnett began providing "I voted" stickers in both English and Spanish for the 2018 elections.

26.

Gwinnett County was not consulted in advance of the Secretary of State's absentee-ballot application mailing beyond what was communicated to all county registrars statewide.

27.

Gwinnett County did not provide postage or take any steps to assist or mail the State's absentee-ballot application mailing.

28.

When the absentee ballots themselves are sent to voters, they will be in both English and Spanish.

29.

On April 22, 2020, the Gwinnett Elections Division mailed Spanish-language absentee-ballot applications to Albert Mendez, Limary Ruiz Torres, Nelson Romero, Hugo Alvarez, and Clara Moreno.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of April, 2020.

*Lynn Ledford*

Lynn Ledford

# EXHIBIT 1

# Gwinnett



## Georgia Secretary of State postpones primaries to June 9
– April 16, 2020

Read More

| Government | + | Business | + | Online Services | + |

| Residents | + | Visitors | + | Your Money | + |

Top Stories    Today's Events

### Gwinnett Community Development Program Extends FFY 2021 Application Submission Deadline
April 16, 2020

Due to the ever-changing landscape of COVID-19 Coronavirus, the Gwinnett Community Development Program will **EXTEND THE FFY 2021 APPLICATION SUBMISSION DEADLINE** for Community Development Block Grant (CDBG), HOME Investment Partnerships Program, and Emergency Solutions Grant (ESG) to **Friday, May 1, 2020.**

Read More



### Prevent the spread and help your community during the COVID-19 pandemic
April 13, 2020

The American Red Cross is looking for healthy individuals to donate now to help patients counting on lifesaving blood.

Read More



### It's not too late to complete your census questionnaire
April 8, 2020

The 2020 Census is underway and the most important thing you can do is respond online, by phone, or by mail when you receive your invitation.

Read More



### Secretary of State mails absentee ballot applications to registered voters
April 3, 2020

In an effort to protect citizens and enable a safer method of voting during the COVID-19 pandemic, the Georgia Secretary of State's Office has mailed absentee ballot applications to all active registered voters. We encourage all residents to complete and return the application by mail, email, or fax.

Read More



### Gwinnett Youth Commission applications due April 17
April 1, 2020

We're hopeful that we'll still be able to gather Gwinnett's bright, ambitious, and community-oriented young people to learn and serve in our fourth Gwinnett Youth Commission class this summer.

Read More

See All Stories

## Follow us @GwinnettGov

  

## Sign up for our newsletters!

Sign Up

## TV Gwinnett

## Courthouse Parking

01:49

## Volunteer Gwinnett
Get involved! Check out Gwinnett's volunteer opportunities





*Official Site of Gwinnett County Government*
*Copyright 2020, Gwinnett County Board of Commissioners*

# EXHIBIT 2

# Georgia Secretary of State postpones primaries to June 9

**– April 16, 2020**

**Story Link :** https://www.gwinnettcounty.com/web/gwinnett/home/stories/viewstory/-/story/PrimariesPostponed_to_June_9_040920



In light of the COVID-19 pandemic, Georgia Secretary of State Brad Raffensperger has moved the Presidential Preference Primary and the state and local primary to June 9, 2020. The Presidential Preference Primary was originally scheduled for March 24 before being postponed to May 19 to correspond with the scheduled state and local primary. Both elections will now take place June 9.

Every vote already cast in the Presidential Preference Primary, whether by mail or in person, will be counted in June with votes cast in the state and local primary.

The voter registration deadline for the June 9, 2020 election will be May 11, 2020. Advance in person voting for the June 9 election will begin May 18 at the Gwinnett Voter Registrations and Elections Beauty P. Baldwin Building, located at 455 Grayson Highway in Lawrenceville. Moving the primary election to June 9 will move the primary runoff to August 11.

Absentee ballot applications for the upcoming primary election will continue to be accepted and processed by counties even if the application said May 19. Once County election officials properly verify the signature on the application, the voter will be sent an absentee ballot for the primary election now to be held on June 9.

Read the **Secretary of State's announcement** for more information about the decision to postpone the elections. We will continue to share additional updates as details become available.

**Absentee Ballot Applications**

- **In English (PDF)**
- **En Español (PDF)**

**Print**     **Share By Email**

# EXHIBIT 3

# Gwinnett

Departments    <span style="color:blue">Elections</span>



Election forms/Formularios de elecciones           Locate your elected officia

## Georgia Secretary of State postpones primaries to June 9

In light of the COVID-19 pandemic, Georgia Secretary of State Brad Raffensperger has moved the Presidential Preference Primary and the state and local primary to June 9, 2020. The Presidential Preference Primary was originally scheduled for March 24 before being postponed to May 19 to correspond with the scheduled state and local primary. Both elections will now take place June 9.

Every vote already cast in the Presidential Preference Primary, whether by mail or in person, will be counted in June with votes cast in the state and local primary.

The voter registration deadline for the June 9, 2020 election will be May 11, 2020. Advance in person voting for the June 9 election will begin May 18 at the Gwinnett Voter Registrations and Elections Beauty P. Baldwin Building, located at 455 Grayson Highway in Lawrenceville. Moving the primary election to June 9 will move the primary runoff to August 11.

Absentee ballot applications for the upcoming primary election will continue to be accepted and processed by counties even if the application said May 19. Once County election officials properly verify the signature on the application, the voter will be sent an absentee ballot for the primary election now to be held on June 9.

**Absentee Ballot Applications**

- **In English (PDF)**
- **En Español (PDF)**

## Voter registration deadline for Presidential Preference Primary, General Primary Election, Nonpartisan General Election

The deadline to register to vote and be eligible to cast a ballot in the June 9 election is **Monday, May 11**.

To register to vote in Georgia, you must be a citizen of the United States, a legal resident of Georgia and of the county in which you wish to vote, and at least 18 years old by Election Day. You may not register to vote if you are currently serving any sentence imposed by the conviction of a felony or judicially determined to be mentally incompetent.

You can complete the **voter registration application online** or print and complete an application on the **Voter Registration webpage**. You can also contact your local public library, public assistance office, recruitment office, schools, and other government offices for a mail-in registration form. Voter Registration is offered when renewing or applying for a driver's license at any Georgia Department of Driver Services office. College students can obtain Georgia voter registration forms from their school registrar's office or from the office of the Vice President of Academic Affairs.

## Language Assistance

On December 5, 2016, the Director of the Census Bureau determined that Gwinnett County met the coverage formula under Section 203 of the Voting Rights Act, 52 U.S.C. § 10503, with respect to persons of Hispanic heritage. **more**

## 2020 Candidate Qualifying Information

For more information on candidate qualifying in 2020, visit the **Running for Office** webpage.

Visit the Secretary of State's website for a **list of candidates**.

## Offices up for election on the 2020 Ballot

**Below is a list of the offices up for election in 2020:**

President/Vice President
U.S. Senators (1)
U.S. House of Representatives
Public Service Commissioners (3)
State Senators
State House of Representatives
District Attorney
Clerk of Superior Court
Sheriff
Tax Commissioner
Chair, Board of Commissioners
Board of Commissioners, Districts  1, 3
Board of Education , Districts 1, 3, 5
Judge, Superior Court (6)
Judge, State Court  (4)
Judge, Probate Court
Chief Magistrate

## About Voter Registrations & Elections

The Voter Registration and Elections Office is a division of the Department of Community Services and overseen by the Gwinnett County Board of Voter Registrations and Elections. The performance of duties are mandated by state, federal, and local laws. Listed below are some of those duties:



- Registering voters and maintaining the voter registration files
- Administering and conducting all federal, state, county and special elections
- Assist military and overseas civilian voters with delivery of ballots to cities all over the world
- Test and prepare voting equipment
- Voter education and outreach
- Procuring all polling places and recruiting all poll workers in Gwinnett County
- Acting as filing officer for campaign disclosure reports  and financial disclosure statements for candidates and elected officials
- Providing all voter registration and elections forms in both English and Spanish
- Offering Spanish language assistance, as needed

**IMPORTANT**

**Any interaction with the Department of Drivers Services (DDS) may have affected your voter registration information.  It's important to confirm your voter status and information to ensure you are registered correctly.  Visit the Georgia Secretary of State's MPV website at www.mvp.sos.ga.gov for verification of your information.**

## Promoting, Preserving, and Improving Democracy

### Schedule                    +

▸ View the Election Schedule
▸ Voter Registration Lists and Files

### Registration                    +

▸ Voter Qualifications
▸ Voter I.D. Requirements
▸ Voter Registration Totals

### Voting                    +

▸ Military/Overseas
▸ Absentee Voting by Mail
▸ Advance Voting
▸ More...

### Forms                    +

▸ Voter Registration Application
▸ Absentee Ballot Request Form
▸ More...

## Sample Ballots ＋

▶ View a Sample Ballot

## Poll Officials ＋

▶ Poll Official FAQs
▶ Poll Official Classroom Training Registration

## FAQs ＋

▶ Absentee Voting
▶ Elections and Voting
▶ Poll Officials

## Results ＋

▶ Archived Elections Results
▶ Requesting a Recount

## Elected Officials ＋

▶ Gwinnett County Board of Commissioners
▶ Federal Officials
▶ More...

## Learn More ＋

▶ Elections Videos
▶ Outreach Form - English
▶ Outreach Form - Spanish

## Helpful Links

- Useful Websites For Election Research (PDF)

## Elections Documents & Reports

2015 Elections Annual Report
2014 Elections Annual Report
2013 Elections Annual Report
2012 Elections Annual Report

*Official Site of Gwinnett County Government*
*Copyright 2020, Gwinnett County Board of Commissioners*

# EXHIBIT 4

# Gwinnett

Departments    Elections    Elections forms / Formularios de Elecc…

## Voter Comments and Concerns / Comentarios y Preocupaciones de los Votantes

- English/Español (PDF)

## Voter Registration Form / Formulario de Inscripción de Votante

- Voter Online Registration Form (Georgia Secretary of State Website)
- En Español (PDF)

## Application for Official Absentee or Advance by Mail Ballot / Solicitud para boleta oficial de voto ausente o voto adelantado por correo

- In English (PDF)
- En Español (PDF)

## Additional Voter Forms / Formularios Adicionales para Votantes

- Voter Registration Removal by Request English/Español (PDF)
- Notification of Deceased Voter English/Español (PDF)

*Official Site of Gwinnett County Government*
*Copyright 2020, Gwinnett County Board of Commissioners*

# EXHIBIT 5

# Gwinnett

Departments    Elections    Voting    Absentee Voting by Mail

## Absentee By Mail Voting Frequently Asked Questions

If you have a question about Absentee Voting, visit the **Absentee Voting Frequently Asked Questions** page.

## Important Absentee Voting by Mail Information

Absentee ballots may be requested up to 180 days prior to an election. A completed application must first be received before an absentee ballot is issued.

Download the absentee or advance by mail ballot application or contact the Voter Registrations and Elections Division at 678.226.7210 to request an application by mail or fax.

**Absentee Ballot Applications**

- **In English (PDF)**
- **En Español (PDF)**

Online applications must be downloaded, signed, and returned to the Voter Registrations and Elections Office before an absentee ballot is issued. Voters can submit the application using one of the following methods:

- **Scan and email:** absentee@gwinnettcounty.com
- **Fax:** 678.226.7275 or 678.226.7208
- **Deliver in-person or mail to:**  Voter Registrations and Elections Division office at 455 Grayson Highway, Suite 200, Lawrenceville GA, 30046

Applications are accepted and processed until 5:00p.m. on the Friday prior to the Election Date.  There is no guarantee on delivery time from the postal service; therefore, waiting that late to apply may limit your ability to receive, vote and return the ballot.

**Please note that the Gwinnett Justice and Administration Center, located at 75 Langley Drive in Lawrenceville, is not a voting location. Voted ballots may not be mailed or hand delivered there.**

## Absentee Ballot Status

To check on the status of either a request for an absentee ballot or the absentee ballot itself, visit the **Georgia Secretary of State's My Voter Page**. You will be required to provide identifying information and county of residence. Once the system locates your registration record, the MVP website provides the following information:

- Voter registration status
- Mail-in application and ballot status
- Poll location
- Advanced voting locations
- Elected officials
- Registration information on file with the county office
- Sample ballot for the upcoming election

## How to Vote Your Absentee Ballot

- Use a black or blue pen
- Completely fill in the oval to the left of the candidate's name or issue (if a yes or no question).
- Only fill in the oval for the number of votes you may cast in one race, i.e. vote for one, vote for two. If you fill-in more than allowed, that race will not be counted on your ballot.
- Do not write in a name that is already listed on the ballot.
- The ballots for some elections contain more than one page.  Ensure you review and vote all of your choices on all pages.
- If you desire to vote at your polling place, you must surrender your absentee ballot at your poll. The ballot will be cancelled and you will be allowed to vote an electronic ballot at the poll.
- If you do not have your ballot with you, you may still vote at the polling location.  Poll officials will know how to handle it.

## Using a Return Envelope for Your Absentee Ballot

- Place your voted ballot only in the envelopes provided. Do not place another person's voted ballot in the envelopes.
- Carefully follow instructions for return envelopes.
- If the ballot is more than one page, ensure you enclose all that pages that contain your votes.
- Sign or make mark on the oath. If a voter cannot sign his/her name, the voter must still make a mark on the signature line.
- If the voter received assistance in voting the ballot, the person assisting must also sign where indicated.
- If your original ballot is lost, spoiled, damaged, or marked in error, please call 678.226.7210 for instructions.
- **Cancellation of Absentee Ballot (English/Español)**

## Returning Your Voted Absentee Ballot

- You must return your voted ballot in the envelopes provided. If you are missing an envelope, please call the Elections Office.
- You may return your ballot by mail, express delivery, or personally deliver your own voted ballot to the Gwinnett County Voter Registrations and Elections Office.
- You may drop your ballot at one the county advance in person voting locations during the time those locations are in operation.
- By Georgia Law, ballots may not be returned to the Gwinnett County Voter Registrations and Elections Office by anyone other than the voter, unless the voter is disabled.
- Voted ballots may not be faxed or electronically submitted for counting.
- No voted ballots may be turned in at the Gwinnett Justice and Administration Center, or any Election Day polling location for counting.
- All voted ballots must be received in the Gwinnett County Voter Registrations and Elections Office by 7:00pm on election night to be counted. An exception for Military and Overseas citizens, please see the link for Military/Overseas voting.
- Please contact the Gwinnett County Voter Registrations and Elections Office for additional details regarding the return of absentee ballots.

*Official Site of Gwinnett County Government*
*Copyright 2020, Gwinnett County Board of Commissioners*