# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:20-cv-01587-WMR**

**Georgia Association of Latino Elected Officials, Inc. et al v. Gwinnett County Board of Registration and Elections et al**

**Honorable William M. Ray, II**

---

Minute Sheet for proceedings held In Open Court on 08/18/2020.

TIME COURT COMMENCED: 9:36 A.M.
TIME COURT CONCLUDED: 11:45 A.M.
TIME IN COURT: 2:09
OFFICE LOCATION: Atlanta

COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Stephanie Pittman

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bryan Jacoutot representing Gwinnett County Board of Registration and Elections
Bryan Jacoutot representing Alice O'Lenick
Bryan Jacoutot representing Beauty Baldwin
Bryan Jacoutot representing Ben Satterfield
Bryan Jacoutot representing John Mangano
Bryan Jacoutot representing Stephen Day
Diane LaRoss representing Gwinnett County Board of Registration and Elections
Diane LaRoss representing Alice O'Lenick
Diane LaRoss representing Beauty Baldwin
Diane LaRoss representing Ben Satterfield
Diane LaRoss representing John Mangano
Diane LaRoss representing Stephen Day
Loree Anne Paradise representing Gwinnett County Board of Registration and Elections
Loree Anne Paradise representing Alice O'Lenick
Loree Anne Paradise representing Beauty Baldwin
Loree Anne Paradise representing Ben Satterfield
Loree Anne Paradise representing John Mangano
Loree Anne Paradise representing Stephen Day
John Powers representing Asian Americans Advancing Justice - Atlanta, Inc.
John Powers representing Common Cause
John Powers representing Georgia Association of Latino Elected Officials, Inc.
John Powers representing Georgia Coalition for the People's Agenda, Inc. |

|  |  |
|---|---|
|  | John Powers representing New Georgia Project |
|  | John Powers representing Albert Mendez |
|  | John Powers representing Limary Ruiz Torres |
|  | Bryan Sells representing Asian Americans Advancing Justice - Atlanta, Inc. |
|  | Bryan Sells representing Common Cause |
|  | Bryan Sells representing Georgia Association of Latino Elected Officials, Inc. |
|  | Bryan Sells representing Georgia Coalition for the People's Agenda, Inc. |
|  | Bryan Sells representing New Georgia Project |
|  | Bryan Sells representing Albert Mendez |
|  | Bryan Sells representing Limary Ruiz Torres |
|  | Miles Skedsvold representing Brad Raffensperger |
|  | Bryan Tyson representing Gwinnett County Board of Registration and Elections |
|  | Bryan Tyson representing Alice O'Lenick |
|  | Bryan Tyson representing Beauty Baldwin |
|  | Bryan Tyson representing Ben Satterfield |
|  | Bryan Tyson representing John Mangano |
|  | Bryan Tyson representing Stephen Day |
|  | Elizabeth Young representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Motion Hearing (Motion Hearing Non-evidentiary) |
| MOTIONS RULED ON: | [38] Motion to Dismiss TAKEN UNDER ADVISEMENT<br>[39] Motion to Dismiss TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | The court conducted oral argument via zoom re the pending [38] and [39] motions to dismiss. The motions were taken under advisement. Written order to follow. |
| HEARING STATUS: | Hearing Concluded |