# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA ASSOCIATION OF LATINO ELECTED OFFICIALS, INC., as an organization, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GWINNETT COUNTY BOARD OF REGISTRATION AND ELECTIONS, et al., <br><br> Defendants. | Civil Action <br> Case No. 1:20-cv-01587-WMR |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that, pursuant to 28 U.S.C. § 1292, Plaintiffs Georgia Association of Latino Elected Officials, Inc., Georgia Coalition for the People's Agenda, Inc., Asians Americans Advancing Justice – Atlanta, Inc., New Georgia Project, Common Cause, Albert Mendez, and Limary Ruiz Torres, hereby appeal to the United States Court of Appeals for the Eleventh Circuit in the above-captioned case from the Court's Order and Judgment entered on October 5, 2020 [Docs. 58 & 59], granting Defendants' Motions to Dismiss [Docs. 38 & 39]

Plaintiffs' Second Amended Complaint [Doc. 36] and declining to grant Plaintiffs' September 11, 2020 Motion for Leave to File Supplemental Complaint [Doc. 53].

Dated: December 4, 2020  Respectfully submitted,

/s/ Bryan L. Sells
BRYAN L. SELLS
Georgia Bar #635562
The Law Office of Bryan L. Sells, LLC.
P.O. Box 5493
Atlanta, GA  31107-0493
(404) 480-4212 (voice/fax)
bryan@bryansellslaw.com

/s/ John Powers
Ezra Rosenberg*
Julie Houk*
John Powers*
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8300
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
jpowers@lawyerscommittee.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

## **LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE**

I certify that this pleading has been prepared with Times New Roman font, 14 point, as approved by the Court in L.R. 5.1(C), N.D. Ga.

**/s/ John Powers**
John Powers
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8300
jpowers@lawyerscommittee.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of December, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                                          **/s/ John Powers**
                                          John Powers
                                          Lawyers' Committee for Civil Rights Under Law
                                          1500 K Street NW, Suite 900
                                          Washington, DC 20005
                                          Telephone: (202) 662-8300
                                          jpowers@lawyerscommittee.org